# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 17-80201-G5-13** |
| | § | |
| **RICHARD DALE ROOT** | § | |
| **KELLIE RAYNEE ROOT** | § | |
| | § | |
| **DEBTOR(S)** | § | **CHAPTER 13** |

## CHAPTER 13 TRUSTEE'S NOTICE OF ADJUSTMENT TO PLAN PAYMENT

**NOTICE IS HEREBY GIVEN,** that on September 12, 2023, Midfirst Bank filed a Notice of Mortgage Payment Change (docket #108).  No party in interest filed a timely motion seeking review of the proposed adjustment. Therefore, pursuant to Paragraph 8 of the Chapter 13 plan, the Trustee has adjusted the Chapter 13 plan payment as follows:

Effective with the November 02, 2023 payment, the Chapter 13 plan payment is decreased by the sum of $45.21, for a total payment of $1,393.82, and this decrease is effective to all subsequent plan payments, unless otherwise ordered by the Court.  Failure of the Debtor to comply with this adjustment shall be grounds for dismissal of this case.

**RESPECTFULLY SUBMITTED,**

/s/ William E. Heitkamp

William E. Heitkamp, Trustee
9821 Katy Freeway Suite 590
Houston, TX  77024
(713) 722-1200 Telephone
(713) 722-1211 Facsimile

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on October 04, 2023, either electronically or via U.S. First Class Mail.

| United States Trustee | Debtor's Attorney: | Richard Dale Root |
|---|---|---|
| 515 Rusk Avenue | Keeling, Kenneth A | Kellie Raynee Root |
| Suite 3516 | Attorney At Law | 7218 Stewart Street |
| Houston, Tx  77002 | 3310 Katy Freeway #200 | Hitchcock, Tx  77563 |
| | Houston, Tx  77007 | |

/s/ William E. Heitkamp

William E. Heitkamp, Trustee